

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————

No. 02-20-00241-CV

———————————————

IN RE A.I. AND D.I., Relators

---

Original Proceeding
233rd District Court of Tarrant County, Texas
Trial Court No. 233-685475-20

---

Before Gabriel, Kerr, and Bassel, JJ.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION

The court has considered relators' petition for writ of mandamus and motion for emergency relief and is of the opinion that relief should be denied. Accordingly, relators' petition for writ of mandamus and motion for emergency relief are denied.

Per Curiam

Delivered: July 30, 2020